# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1716
Lower Tribunal No. CF13-000532-XX

_____

JULIO GARCIA, IV,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Cassandra L. Denmark, Judge.

February 18, 2025

PER CURIAM.

AFFIRMED.

WHITE and MIZE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Julio Garcia, IV, Punta Gorda, pro se.

James William Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED